**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sergio CARRENO, a/k/a Sergio Carreno**
**Hernandez, Sergio Eduardo Sergio**
**Eduardo Carreno Hernandez, a/k/a**
**Edward Hernandez, a/k/a David Mor-**
**ales Flores, a/k/a Julio A. Pons a/k/a**
**Cero Rios, Defendant–Appellant.**

No. 07–50213.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 13, 2009.*

Filed Jan. 26, 2009.

Michael J. Raphael, Esq., Brian R. Michael, Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Before: O'SCANNLAIN, BYBEE, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Sergio Carreno appeals from the 57–month sentence imposed following his jury-trial conviction for conspiracy, in violation of 18 U.S.C. § 371, and trafficking in motor vehicles with altered identification numbers, in violation of 18 U.S.C. § 2321. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Carreno first contends that the district court plainly erred by failing to provide notice that it intended to apply an upward adjustment for his role in the offense, pursuant to U.S.S.G. § 3B1.1(c). We conclude that Carreno has not established that any error affected his substantial rights. *See United States v. Olano,* 507 U.S. 725, 734, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993).

Carreno also contends that the district court erred by applying the two-level aggravating role adjustment. We find no

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney

clear error. *See United States v. Maldonado,* 215 F.3d 1046, 1051 (9th Cir.2000).

**AFFIRMED.**